UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ERIK PATTON STEARNS,<br><br>    Plaintiff,<br><br>v.<br><br>MEDICREDIT, INC.,<br><br>    Defendant. | 1:17-cv-01206-SS |

**DEFENDANT MEDICREDIT'S ADVISORY TO THE COURT OF PLAINTIFF'S FAILURE TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SANCTIONS**

Defendant Medicredit, Inc. files this Advisory to the Court to notify the Court of Plaintiff, Eric Patton Stearns' ("Plaintiff") failure to file a response to Defendant's Motion for Sanctions ("Motion"):

As established in Defendant's Motion (Doc. 21) and the Exhibits (Doc. 22) attached in support of the Motion, the undisputed documentary evidence wholly contradicts Plaintiff's allegations and conclusively establishes the falsity of the representations made to this Court in the Complaint. In this connection, Plaintiff's Counsel filed a Motion to Withdraw on May 21, 2018 and (Doc. 20) and the Court entered and Order Granting Plaintiff's Counsel's Motion to Withdraw on May 25, 2018 (Doc. 31). Pursuant to the Court's May 25th Order, Plaintiff was directed to file a Response to Defendant's Motion on or before **June 25, 2018**. (Doc. 31).

Defendant would show the Court that Plaintiff has failed to comply with the Court's May 25th Order and has neither obtained counsel nor filed a Response to Defendant's Motion as directed by the Court. Plaintiff's failure to comply with the Court's May 25th Order is yet another example of Plaintiff's disregard for procedure and his duty to comply with the Federal

**Defendant's Advisory to the Court**

Rules of Civil Procedure and this Court's Orders. Plaintiff's disregard for the Court's May 25th Order is also consistent with his unexcused failure to appear for his duly noticed May 22nd oral deposition which caused Defendant to incur additional fees and expenses in connection with Plaintiff's conduct in this case.

In sum, Plaintiff's conduct in this case is the type of conduct Rule 11 is designed to deter and Defendant respectfully requests the Court to take notice of Plaintiff's failure to comply with the Court's May 25th Order when considering Defendant's request for relief set forth in Defendant's Rule 11 Motion (Doc. 21) and Motion for Discovery Sanctions (Docs. 26 and 27).

Defendant Medicredit, Inc., respectfully requests this Court to grant its Rule 11 Motion and Motion for Discovery Sanctions and enter and Order sanctioning Plaintiff by dismissing Plaintiff's Complaint and awarding Medicredit its attorneys' fees and costs, and for additional relief this Court deems appropriate under the circumstances.

Dated this 2nd day of July, 2018

Respectfully submitted,

\_\_\_/s/ Raj Aujla_____
Raj Aujla
State Bar No.: 24064846
raujla@prdg.com
PORTER, ROGERS, DAHLMAN & GORDON,
P.C. Trinity Plaza III
745 East Mulberry Avenue, Suite 450
San Antonio, TX 78212
Telephone: (210) 736-3900
Facsimile: (210) 736-1992

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on July 2, 2018 he caused a copy of the foregoing, to be served on Erik Patton Stearns via Certified and Regular U.S. Mail at his last known address of:

Erik Patton Stearns
2407 South Congress Avenue Suite E-622
Austin, TX 78704

                 /s/ Raj Aujla
                 Raj Aujla

**Defendant's Advisory to the Court**