IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ERIK PATTON STERNS,
    Plaintiff,

-vs-                 Case No. A-17-CA-1206-SS

MEDICREDIT, INC.,
    Defendant.

## JUDGMENT

BE IT REMEMBERED on this day the Court entered its order dismissing the above-styled cause for plaintiff's failure to respond to this Court's order, failure to comply with the Federal Rules of Civil Procedure, and failure to prosecute, and enters the following:

  IT IS ORDERED, ADJUDGED, and DECREED that the plaintiff Erik Patton Sterns TAKE NOTHING in this cause against the defendant Medicredit, Inc., and that all costs of suit are taxed against the plaintiff, for which let execution issue.

  IT IS FINALLY7 ORDERED, ADJUDGED, and DECREED that Medicredit, Inc. and its lawyers do have and recover judgment of and against Erik Patton Sterns in the amount of ONE THOUSAND FIVE HUNDRED AND NO/100 DOLLARS ($1,500.00) for sanctions against Erik Patton Sterns as compensation for the expenses and attorney's fees required resulting in Mr. Sterns' complete failure to comply with the Federal Rules of Civil Procedure and the local rules of this district, as well as this Court's order. The judgment against Mr. Erik Patton Sterns is a final judgment in this case for which let execution issue.

  SIGNED this the 29<sup>α</sup> day of June 2018.

                _/s/ Sam Sparks_
                SAM SPARKS
                SENIOR UNITED STATES DISTRICT JUDGE