UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ERIK PATTON STEARNS,

    Plaintiff,

v.                                                                              1:17-cv-01206-SS

MEDICREDIT, INC.,

    Defendant.

## ABSTRACT OF JUDGMENT

I, Jeannette J. Clack, Clerk, United States District Court for the Western District of Texas, DO HEREBY CERTIFY:

THAT in the United States District Court for the Western District of Texas, Austin Division, in civil cause of action number 1:17-cv-01206-SS, styled *Erik Patton Stearns v. Medicredit, Inc.*, the said Medicredit, Inc. ("Defendant") recovered judgment against the Plaintiff Erik Patton Stearns, 2407 South Congress Avenue, Suite E-622, Austin, Texas 78704.

THAT the judgment was rendered by this Court on the 29th day of June, 2018, against Erik Patton Stearns in the amount of One Thousand, Five Hundred and 00/100 dollars ($1,500.00).

WITNESS my official signature and seal of this Court, in the City of Austin, State of Texas, this 13th day of July, 2018.

                                              Jeannette J. Clack
                                              United States District Court
                                              Western District of Texas

                                              By: *Deanna Mussie*

